(Official Form 1) (10/05)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Armstrong, Kenneth Dennis** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Armstrong, Brenda Kim** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Ken D Armstrong<br>Ken Armstrong<br>Armstrong Construction** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Brenda F Armstrong** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**3456** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**0826** |
| Street Address of Debtor (No. & Street, City, and State<br>**106 Lombard Street<br>Salmon ID**<br>ZIPCODE **83467** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**106 Lombard Street<br>Salmon ID**<br>ZIPCODE **83467** |
| County of Residence or of the Principal Place of Business:<br>**Lemhi** | County of Residence or of the Principal Place of Business:<br>**Lemhi** |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity:

**Nature of Business**

(Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 13
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                                    **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Kenneth Dennis Armstrong, Brenda Kim Armstrong** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  /s/ Wm H. Mulberry                    5/30/2006<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Signature of Attorney for Debtor(s)         Date<br>**Wm H. Mulberry**                              **1381** |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**<br><br>☑  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Name of landlord that obtained judgment)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

(Official Form 1) (10/05)                                                                                      **FORM B1,** Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kenneth Dennis Armstrong, Brenda Kim Armstrong** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Kenneth Dennis Armstrong**
Signature of Debtor     **Kenneth Dennis Armstrong**

X  **s/ Brenda Kim Armstrong**
Signature of Joint Debtor     **Brenda Kim Armstrong**

Telephone Number (If not represented by attorney)
**5/30/2006**
Date

### Signature of Attorney

X  **/s/ Wm H. Mulberry**
Signature of Attorney for Debtor(s)

**Wm H. Mulberry,  1381**
Printed Name of Attorney for Debtor(s) / Bar No.

**Wm H Mulberry**
Firm Name

**320 W. Ririe Hwy  PO Box 186**
Address

**Ririe, ID  83443**

**208/ 538-7760                          208/ 538-5561**
Telephone Number

**5/30/2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X  **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

Address

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

FORM B6A
(10/05)

In re: **Kenneth Dennis Armstrong    Brenda Kim Armstrong** _____.        Case No. _____
**Debtors**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **Kenneth Dennis Armstrong   Brenda Kim Armstrong**                ,        Case No.  _____
                                                                                                                                         (If known)
                    **Debtors**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account (0359) Jason Armstrong Memorial Fund With Wells Fargo Bank in name of Brenda, Ken and Andrew Armstrong** | C | 3.71 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account (1656) With Wells Fargo, Ken and Brenda Armstrong Medical Savings Account** | C | 4.30 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account (5408) With East Idaho C.U.** | C | 45.50 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Washington Mutual** | C | 25.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account with Wells Fargo (3315)** | C | 0.64 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **savings account Jason Armstrong Memorial Fund With Wells Fargo Bank in the name of Brenda, Ken and Andrew Armstrong** | C | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **savings/share account With East Idaho C.U.** | C | 10.52 |
| | | | | |

Form B6B-Cont.
(10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    ,        Case No. _____
                                         **Debtors**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 10 house plants and stands | C | 30.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 11 folding chairs | C | 88.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 binoculars | C | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 bookcases | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 brooms | C | 3.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 carving knives | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 cell phones | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 coolers | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 curling irons | C | 4.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 dog leashes | C | 1.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 dvd players | C | 20.00 |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong   Brenda Kim Armstrong**   ,          Case No. _____

_____**Debtors**_____                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 hammers** | **C** | **8.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 phones** | **C** | **20.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 pliers** | **C** | **5.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 queensize beds** | **C** | **150.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 radios** | **C** | **6.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 rakes** | **C** | **5.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 sewing machines with supplies** | **C** | **75.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 shovels** | **C** | **10.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 sprayers** | **C** | **5.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 utility knives** | **C** | **2.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 vacuums** | **C** | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 vise grips** | **C** | **5.00** |
| | | | | |

Form B6B-Cont.
(10/05)

In re **Kenneth Dennis Armstrong    Brenda Kim Armstrong** ,    Case No. _____

**Debtors**    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 water bottles** | C | 3.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 Zenith VCR's** | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 area rugs** | C | 125.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 calculators** | C | 12.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 cutlery sets** | C | 30.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 dressers** | C | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 filing cabinets** | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 folding tables** | C | 45.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 rolling suticases** | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **4 camp chairs** | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **5 dvd's** | C | 15.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **5 end tables** | C | 30.00 |

Form B6B-Cont.
(10/05)

In re  **Kenneth Dennis Armstrong   Brenda Kim Armstrong** ,         Case No. _____
                                      **Debtors**                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **5 game bags** | C | 3.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **5 hand gardening tools** | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **5 yard decorations** | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **50 cd's** | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **6 animal horns** | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **7 screwdrivers** | C | 8.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **7 waste baskets** | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **8 sofa pillows** | C | 15.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **9 patio chairs** | C | 60.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **air compressor** | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **answering machine** | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **ax** | C | 5.00 |

Form B6B-Cont.
(10/05)

In re    **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                ,        Case No. _____
                          **Debtors**                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | bathroom scale | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | battery charger | C | 30.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | bbq | C | 120.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | bear hide rug | C | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | blood pressure kit | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | blood sugar monitor | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | boot dryer | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | burl table | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | carpenter square | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | cat feeder w/misc. cat stuff | C | 6.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | chop saw | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | cleaning supplies | C | 20.00 |

Form B6B-Cont.
(10/05)

In re **Kenneth Dennis Armstrong   Brenda Kim Armstrong**                ,          Case No. _____

**Debtors**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | clock | C | 3.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | clothes hamper | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | compact refrigerator | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | computer with monitor | C | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | couch | C | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | desk with 2 chairs | C | 230.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | digital camera | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | dishes, glassware and silverware | C | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | dishwaser | C | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | dog feeder | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | dog house | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | dryer | C | 100.00 |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong   Brenda Kim Armstrong**                     ,         Case No. _____
                                    **Debtors**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | dust mop | C | 1.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | edger | C | 15.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | electric drill | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | electric razor | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | exercise machine | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | fax machine | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | fireplace set/log holder | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | freezer | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | garbage can | C | 3.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | gas blower | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | gun cabinet | C | 30.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | hair dryer | C | 3.00 |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong   Brenda Kim Armstrong**                    ,          Case No. _____
                                    **Debtors**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | hand cart | C | 15.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | handyman jack | C | 15.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | hoe | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | holiday decorations | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | hose | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | ironing board | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | kingsize bed | C | 300.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | lamp | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | lantern | C | 8.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | lawn seeder | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | level | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | microwave | C | 20.00 |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong    Brenda Kim Armstrong**   ,      Case No. _____

**Debtors**                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | mop | C | 1.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | nail gun | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | painted saw blade | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | paper shreader | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | pots, pans, bakeware and cookware | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | printer | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | propane cooler | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | quilt rack | C | 8.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | recliner | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Sansui 19" TV | C | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | satellite phone | C | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | scanner | C | 40.00 |

Form B6B-Cont.
(10/05)

In re  __Kenneth Dennis Armstrong__    __Brenda Kim Armstrong_____ ,     Case No. _____

                                    **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | set of cannisters and cookie jars | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | set of end wrenches | C | 15.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | set of socket sets with rachet | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Sharp 19" TV | C | 20.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | sm kitchen appliances | C | 120.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | snow shovel | C | 3.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | sprinkler | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | stapler | C | 1.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | Stereo | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | straping tape dispenser | C | 0.50 |
| Household goods and furnishings, including audio, video, and computer equipment. | | table saw | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | tape dispenser | C | 0.50 |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    ,        Case No. _____
                            **Debtors**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **tire pump** | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **towels/bedding/linen** | C | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **transit** | C | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **t-square** | C | 2.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **tv cabinet** | C | 7.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **typewriter** | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **vaporizor** | C | 5.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **video camera** | C | 60.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **volleyball net with balls** | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **wall pictures, decorations and knick knacks** | C | 500.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **washer** | C | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **weedeater** | C | 10.00 |

Form B6B-Cont.
(10/05)

In re  **Kenneth Dennis Armstrong   Brenda Kim Armstrong**                    ,       Case No. _____

**Debtors**                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **work light** | C | **20.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Zenith 19" TV** | C | **25.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Zenith 25" TV** | C | **30.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **20 cookbooks** | C | **20.00** |
| 6. Wearing apparel. | | **Debtor's clothing and personal belongings** | H | **200.00** |
| Wearing apparel. | | **Spouse's clothing and personal belongings** | W | **500.00** |
| 7. Furs and jewelry. | | **Debtor's jewelry** | H | **50.00** |
| Furs and jewelry. | | **Spouse's jewelry** | W | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 fishing poles** | C | **40.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **2 skies, poles and boots** | C | **35.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **2 sleeping bags** | C | **30.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **20 ga. Winchester Shotgun** | W | **150.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **22 Remington** | C | **90.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **3 bowling balls** | C | **15.00** |
| Firearms and sports, photographic, and other hobby equipment. | | **300 mag Remington 700** | H | **400.00** |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong   Brenda Kim Armstrong** _____,   Case No. _____
                                              **Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **camp stove** | C | 25.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **float tube and fins** | C | 20.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **tackle box and tackle** | C | 35.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **tent** | C | 30.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **2 Term Life Insurance Policies one for each Debtor with Valley Forge Life Insurance** | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **IRA with Nationwide Life Insurance** | W | 4,085.72 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **Nationwide Retirement Solution** | W | 2,584.98 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **Persi** | W | 13,603.76 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **Persi Choice Plan** | W | 174.06 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock interest in SR Valley Construction Inc.**<br><br>**Debtor Ken Armstrong is President and 50% shareholder** | C | 0.00 |

Form B6B-Cont.
(10/05)

In re **Kenneth Dennis Armstrong    Brenda Kim Armstrong**,     Case No. _____

Debtors                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Debtor's 50% interest in PAC Partners, Inc.**<br><br>**Name of other 50% owner is Justin Phillips** | **C** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Bison Flatbed Trailer** | **C** | **4,500.00** |

Form B6B-Cont.
(10/05)

In re   **Kenneth Dennis Armstrong     Brenda Kim Armstrong** ,          Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford Explorer Utility 4D XLT (4WD)**<br><br>**Needs windshield ($100.00), shocks ($60.00), tail light ($50.00), electrical  work ($200.00, stereo, power point)** | **C** | **12,802.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford F-350 6.0 Diesel**<br><br>**needs body work, front window, bed is loose, exhaust pipe, wiring and injectors** | **C** | **25,725.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **2000 Cat 307 Excavator (lease)** | **C** | **22,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **15 yr old black lab**<br>**3 yr old black lab**<br>**11yr od cat** | **C** | **0.00** |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **2002 ATV Grizzlye Yamaha 660**<br><br>**Needs repaired: bent rim ($304.65), broken fender ($673.27).** | **C** | **2,015.00** |
| Other personal property of any kind not already listed.  Itemize. | | **2003 ATV Kodiak Yamaha 450**<br><br>**repair: broken foot rest ($20.00)** | **C** | **3,000.00** |
| Other personal property of any kind not already listed.  Itemize. | | **2003 Kara Van Trailer** | **C** | **1,000.00** |
| | | | | |

Form B6B-Cont.
(10/05)

In re  **Kenneth Dennis Armstrong   Brenda Kim Armstrong** ,      Case No. _____
_____
**Debtors**                                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | **2004 Wilderness M-270FQS w/sllide - 5th wheel trailer.**<br><br>**Needs repaired: bent jack ($179.99), hole in front ($403.71), skylight cracked ($243.22), access cover ($75.99).** | **C** | **21,000.00** |
| Other personal property of any kind not already listed.  Itemize. | | **2005 Polairs 900 151 Snowmobile** | **C** | **6,900.00** |
| Other personal property of any kind not already listed.  Itemize. | | **2006 Polaris 600 144 Snowmobile** | **C** | **6,800.00** |

<u>16</u>   continuation sheets attached          Total  ➤     | **$ 134,212.19**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong** _____ ,    Case No. _____
Debtors                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $125,000.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 10 house plants and stands | IC § 11-605(1)(a) | 30.00 | 30.00 |
| 11 folding chairs | IC § 11-605(1)(a) | 88.00 | 88.00 |
| 2 binoculars | IC § 11-605(1)(a) | 75.00 | 75.00 |
| 2 bookcases | IC § 11-605(1)(a) | 25.00 | 25.00 |
| 2 brooms | IC § 11-605(1)(a) | 3.00 | 3.00 |
| 2 carving knives | IC § 11-605(1)(a) | 20.00 | 20.00 |
| 2 cell phones | IC § 11-605(1)(a) | 20.00 | 20.00 |
| 2 coolers | IC § 11-605(1)(a) | 20.00 | 20.00 |
| 2 curling irons | IC § 11-605(1)(a) | 4.00 | 4.00 |
| 2 dog leashes | IC § 11-605(1)(a) | 1.00 | 1.00 |
| 2 dvd players | IC § 11-605(1)(a) | 20.00 | 20.00 |
| 2 fishing poles | IC § 11-605(10) | 40.00 | 40.00 |
| 2 hammers | IC § 11-605(1)(a) | 8.00 | 8.00 |
| 2 phones | IC § 11-605(1)(a) | 20.00 | 20.00 |
| 2 pliers | IC § 11-605(1)(a) | 5.00 | 5.00 |
| 2 queensize beds | IC § 11-605(1)(a) | 150.00 | 150.00 |
| 2 radios | IC § 11-605(1)(a) | 6.00 | 6.00 |
| 2 rakes | IC § 11-605(1)(a) | 5.00 | 5.00 |
| 2 sewing machines with supplies | IC § 11-605(1)(a) | 75.00 | 75.00 |
| 2 shovels | IC § 11-605(1)(a) | 10.00 | 10.00 |
| 2 sleeping bags | IC § 11-605(1)(a) | 30.00 | 30.00 |
| 2 sprayers | IC § 11-605(1)(a) | 5.00 | 5.00 |
| 2 utility knives | IC § 11-605(1)(a) | 2.00 | 2.00 |
| 2 vacuums | IC § 11-605(1)(a) | 100.00 | 100.00 |
| 2 vise grips | IC § 11-605(1)(a) | 5.00 | 5.00 |
| 2 water bottles | IC § 11-605(1)(a) | 3.00 | 3.00 |
| 2 Zenith VCR's | IC § 11-605(1)(a) | 25.00 | 25.00 |
| 20 cookbooks | IC 11-605(1)(b) | 20.00 | 20.00 |

Form B6C-Cont.
(10/05)

**In re**  **Kenneth Dennis Armstrong   Brenda Kim Armstrong** ,      **Case No.** _____

Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **20 ga. Winchester Shotgun** | **IC § 11-605(7)** | **150.00** | **150.00** |
| **2001 Bison Flatbed Trailer** | **IC § 11-605(10)** | **966.00** | **4,500.00** |
|  | **IC §11-605(3)** | **3,000.00** |  |
| **2002 Ford Explorer Utility 4D XLT (4WD)**<br><br>**Needs windshield ($100.00), shocks ($60.00), tail light ($50.00), electrical  work ($200.00, stereo, power point)** | **IC § 11-605(10)** | **394.00** | **12,802.00** |
| **2003 Ford F-350 6.0 Diesel**<br><br>**needs body work, front window, bed is loose, exhaust pipe, wiring and injectors** | **IC § 11-605(3)** | **6,000.00** | **25,725.00** |
| **22 Remington** | **IC § 11-605(10)** | **90.00** | **90.00** |
| **3 area rugs** | **IC § 11-605(1)(a)** | **125.00** | **125.00** |
| **3 calculators** | **IC § 11-605(1)(a)** | **12.00** | **12.00** |
| **3 cutlery sets** | **IC § 11-605(1)(a)** | **30.00** | **30.00** |
| **3 dressers** | **IC § 11-605(1)(a)** | **150.00** | **150.00** |
| **3 filing cabinets** | **IC § 11-605(1)(a)** | **50.00** | **50.00** |
| **3 folding tables** | **IC § 11-605(1)(a)** | **45.00** | **45.00** |
| **3 rolling suticases** | **IC § 11-605(1)(a)** | **20.00** | **20.00** |
| **300 mag Remington 700** | **IC § 11-605(7)** | **400.00** | **400.00** |
| **4 camp chairs** | **IC § 11-605(1)(a)** | **20.00** | **20.00** |
| **5 dvd's** | **IC § 11-605(1)(a)** | **15.00** | **15.00** |
| **5 end tables** | **IC § 11-605(1)(a)** | **30.00** | **30.00** |
| **5 game bags** | **IC § 11-605(1)(a)** | **3.00** | **3.00** |
| **5 hand gardening tools** | **IC § 11-605(1)(a)** | **10.00** | **10.00** |
| **5 yard decorations** | **IC § 11-605(1)(a)** | **20.00** | **20.00** |
| **50 cd's** | **IC § 11-605(1)(a)** | **100.00** | **100.00** |
| **6 animal horns** | **IC § 11-605(1)(a)** | **100.00** | **100.00** |
| **7 screwdrivers** | **IC § 11-605(1)(a)** | **8.00** | **8.00** |
| **7 waste baskets** | **IC § 11-605(1)(a)** | **5.00** | **5.00** |
| **8 sofa pillows** | **IC § 11-605(1)(a)** | **15.00** | **15.00** |
| **9 patio chairs** | **IC § 11-605(1)(a)** | **60.00** | **60.00** |

Form B6C-Cont.

(10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong** _____,  **Case No.** _____

Debtors                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| air compressor | IC § 11-605(1)(a) | 25.00 | 25.00 |
| answering machine | IC § 11-605(1)(a) | 5.00 | 5.00 |
| ax | IC § 11-605(1)(a) | 5.00 | 5.00 |
| bathroom scale | IC § 11-605(1)(a) | 5.00 | 5.00 |
| battery charger | IC § 11-605(1)(a) | 30.00 | 30.00 |
| bbq | IC § 11-605(1)(a) | 120.00 | 120.00 |
| bear hide rug | IC § 11-605(1)(a) | 75.00 | 75.00 |
| blood pressure kit | IC § 11-605(1)(a) | 5.00 | 5.00 |
| blood sugar monitor | IC § 11-605(1)(a) | 5.00 | 5.00 |
| boot dryer | IC § 11-605(1)(a) | 5.00 | 5.00 |
| burl table | IC § 11-605(1)(a) | 50.00 | 50.00 |
| camp stove | IC § 11-605(10) | 25.00 | 25.00 |
| carpenter square | IC § 11-605(1)(a) | 2.00 | 2.00 |
| cat feeder w/misc. cat stuff | IC § 11-605(1)(a) | 6.00 | 6.00 |
| chop saw | IC § 11-605(1)(a) | 50.00 | 50.00 |
| cleaning supplies | IC § 11-605(1)(a) | 20.00 | 20.00 |
| clock | IC § 11-605(1)(a) | 3.00 | 3.00 |
| clothes hamper | IC § 11-605(1)(a) | 2.00 | 2.00 |
| compact refrigerator | IC § 11-605(1)(a) | 20.00 | 20.00 |
| computer with monitor | IC § 11-605(1)(a) | 150.00 | 150.00 |
| couch | IC § 11-605(1)(a) | 500.00 | 500.00 |
| Debtor's clothing and personal belongings | IC 11-605(1)(b) | 200.00 | 200.00 |
| Debtor's jewelry | IC § 11-605(2) | 50.00 | 50.00 |
| desk with 2 chairs | IC § 11-605(1)(a) | 230.00 | 230.00 |
| digital camera | IC § 11-605(1)(a) | 100.00 | 100.00 |
| dishes, glassware and silverware | IC § 11-605(1)(a) | 75.00 | 75.00 |
| dishwaser | IC § 11-605(1)(a) | 75.00 | 75.00 |
| dog feeder | IC § 11-605(1)(a) | 2.00 | 2.00 |
| dog house | IC § 11-605(1)(a) | 5.00 | 5.00 |
| dryer | IC § 11-605(1)(a) | 100.00 | 100.00 |
| dust mop | IC § 11-605(1)(a) | 1.00 | 1.00 |
| edger | IC § 11-605(1)(a) | 15.00 | 15.00 |

Form B6C-Cont.

(10/05)

In re    **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    ,          Case No. _____
                                   Debtors                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| electric drill | IC § 11-605(1)(a) | 10.00 | 10.00 |
| electric razor | IC § 11-605(1)(a) | 5.00 | 5.00 |
| exercise machine | IC § 11-605(1)(a) | 200.00 | 200.00 |
| fax machine | IC § 11-605(1)(a) | 20.00 | 20.00 |
| fireplace set/log holder | IC § 11-605(1)(a) | 10.00 | 10.00 |
| float tube and fins | IC § 11-605(10) | 20.00 | 20.00 |
| freezer | IC § 11-605(1)(a) | 100.00 | 100.00 |
| garbage can | IC § 11-605(1)(a) | 3.00 | 3.00 |
| gas blower | IC § 11-605(1)(a) | 25.00 | 25.00 |
| gun cabinet | IC § 11-605(1)(a) | 30.00 | 30.00 |
| hair dryer | IC § 11-605(1)(a) | 3.00 | 3.00 |
| hand cart | IC § 11-605(1)(a) | 15.00 | 15.00 |
| handyman jack | IC § 11-605(1)(a) | 15.00 | 15.00 |
| hoe | IC § 11-605(1)(a) | 2.00 | 2.00 |
| holiday decorations | IC § 11-605(1)(a) | 25.00 | 25.00 |
| hose | IC § 11-605(1)(a) | 10.00 | 10.00 |
| IRA with Nationwide Life Insurance | IC § 11-604A(3) | 4,085.72 | 4,085.72 |
| ironing board | IC § 11-605(1)(a) | 2.00 | 2.00 |
| kingsize bed | IC § 11-605(1)(a) | 300.00 | 300.00 |
| lamp | IC § 11-605(1)(a) | 5.00 | 5.00 |
| lantern | IC § 11-605(1)(a) | 8.00 | 8.00 |
| lawn seeder | IC § 11-605(1)(a) | 10.00 | 10.00 |
| level | IC § 11-605(1)(a) | 5.00 | 5.00 |
| microwave | IC § 11-605(1)(a) | 20.00 | 20.00 |
| mop | IC § 11-605(1)(a) | 1.00 | 1.00 |
| nail gun | IC § 11-605(1)(a) | 25.00 | 25.00 |
| Nationwide Retirement Solution | IC § 11-604A(3) | 2,584.98 | 2,584.98 |
| painted saw blade | IC § 11-605(1)(a) | 50.00 | 50.00 |
| paper shreader | IC § 11-605(1)(a) | 5.00 | 5.00 |
| Persi | IC 59-1317 | 13,603.76 | 13,603.76 |
| Persi Choice Plan | IC § 11-604A(3) | 174.06 | 174.06 |

Form B6C-Cont.
(10/05)

**In re** **Kenneth Dennis Armstrong** **Brenda Kim Armstrong** , **Case No.** _____

Debtors                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| pots, pans, bakeware and cookware | IC § 11-605(1)(a) | 50.00 | 50.00 |
| printer | IC § 11-605(1)(a) | 20.00 | 20.00 |
| propane cooler | IC § 11-605(1)(a) | 20.00 | 20.00 |
| quilt rack | IC § 11-605(1)(a) | 8.00 | 8.00 |
| recliner | IC § 11-605(1)(a) | 50.00 | 50.00 |
| Sansui 19" TV | IC § 11-605(1)(a) | 25.00 | 25.00 |
| satellite phone | IC § 11-605(1)(a) | 150.00 | 150.00 |
| scanner | IC § 11-605(1)(a) | 40.00 | 40.00 |
| set of cannisters and cookie jars | IC § 11-605(1)(a) | 10.00 | 10.00 |
| set of end wrenches | IC § 11-605(1)(a) | 15.00 | 15.00 |
| set of socket sets with rachet | IC § 11-605(1)(a) | 20.00 | 20.00 |
| Sharp 19" TV | IC § 11-605(1)(a) | 20.00 | 20.00 |
| sm kitchen appliances | IC § 11-605(1)(a) | 120.00 | 120.00 |
| snow shovel | IC § 11-605(1)(a) | 3.00 | 3.00 |
| Spouse's clothing and personal belongings | IC 11-605(1)(b) | 500.00 | 500.00 |
| Spouse's jewelry | IC § 11-605(2) | 500.00 | 500.00 |
| sprinkler | IC § 11-605(1)(a) | 5.00 | 5.00 |
| stapler | IC § 11-605(1)(a) | 1.00 | 1.00 |
| Stereo | IC § 11-605(1)(a) | 50.00 | 50.00 |
| straping tape dispenser | IC § 11-605(1)(a) | 0.50 | 0.50 |
| table saw | IC § 11-605(1)(a) | 50.00 | 50.00 |
| tackle box and tackle | IC § 11-605(10) | 35.00 | 35.00 |
| tape dispenser | IC § 11-605(1)(a) | 0.50 | 0.50 |
| tent | IC § 11-605(10) | 30.00 | 30.00 |
| tire pump | IC § 11-605(1)(a) | 2.00 | 2.00 |
| towels/bedding/linen | IC § 11-605(1)(a) | 150.00 | 150.00 |
| transit | IC § 11-605(1)(a) | 75.00 | 75.00 |
| t-square | IC § 11-605(1)(a) | 2.00 | 2.00 |
| tv cabinet | IC § 11-605(1)(a) | 7.00 | 7.00 |
| typewriter | IC § 11-605(1)(a) | 5.00 | 5.00 |
| vaporizor | IC § 11-605(1)(a) | 5.00 | 5.00 |

Form B6C-Cont.
(10/05)

**In re**  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                   ,        **Case No.**  _____
                                    Debtors                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **video camera** | **IC § 11-605(1)(a)** | **60.00** | 60.00 |
| **volleyball net with balls** | **IC § 11-605(1)(a)** | **10.00** | 10.00 |
| **wall pictures, decorations and knick knacks** | **IC § 11-605(1)(a)** | **500.00** | 500.00 |
| **washer** | **IC § 11-605(1)(a)** | **100.00** | 100.00 |
| **weedeater** | **IC § 11-605(1)(a)** | **10.00** | 10.00 |
| **work light** | **IC § 11-605(1)(a)** | **20.00** | 20.00 |
| **Zenith 19" TV** | **IC § 11-605(1)(a)** | **25.00** | 25.00 |
| **Zenith 25" TV** | **IC § 11-605(1)(a)** | **30.00** | 30.00 |

FORM B6D
(10/05)

In re: **Kenneth Dennis Armstrong   Brenda Kim Armstrong**          Case No. _____
                                                                                                    (If known)
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   650-10000-400414**<br><br>**Bank of America**<br>**POB 45224**<br>**Jacksonville FL 32232-5224** | | | **03/20/2003**<br>**Security Agreement**<br>**2002 Ford Explorer Utility 4D XLT (4WD)**<br><br>**Needs windshield ($100.00), shocks ($60.00), tail light ($50.00), electrical work ($200.00, stereo, power point)**<br><br>**VALUE $12,802.00** | | | | **12,408.00** | **0.00** |
| **ACCOUNT NO.   98000**<br><br>**Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth NH 03801** | C | | **11/22/2005**<br>**Security Agreement**<br>**2000 Cat 307 Excavator (lease)**<br><br>**VALUE $22,000.00** | | | | **22,000.00** | **0.00** |
| **ACCOUNT NO.   003**<br><br>**EICU**<br>**111 Lillian St**<br>**Salmon ID 83467** | C | | **02/28/2003**<br>**Security Agreement**<br>**2003 Ford F-350 6.0 Diesel**<br><br>**needs body work, front window, bed is loose, exhaust pipe, wiring and injectors**<br><br>**VALUE $25,725.00** | | | | **21,503.72** | **0.00** |
| **ACCOUNT NO.   0005**<br><br>**EICU**<br>**111 Lillian St**<br>**Salmon ID 83464** | C | | **06/06/2003**<br>**Security Agreement**<br>**2004 Wilderness M-270FQS w/sllide - 5th wheel trailer.**<br><br>**Needs repaired: bent jack ($179.99), hole in front ($403.71), skylight cracked ($243.22), access cover ($75.99).**<br><br>**VALUE $21,000.00** | | | | **18,469.92** | **0.00** |

1 Continuation sheets attached

**Subtotal** ➤
(Total of this page)

**Total** ➤
(Use only on last page)

**$74,381.64**

(Report total also on Summary of Schedules)

FORM B6D-Cont.
(10/05)

In re: __Kenneth Dennis Armstrong    Brenda Kim Armstrong__,    Case No. _____
                              Debtors                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **L6-1**<br><br>**Ravalli County Credit Union**<br>**POB 598**<br>**Hamilton MT 59840-0598** | | C | **11/25/2005**<br>**Security Agreement**<br>**2006 Polaris 600 144 Snowmobile**<br>―――――――――<br>**VALUE $6,800.00** | | | | 7,254.04 | 454.04 |
| ACCOUNT NO.   **L6**<br><br>**Ravalli County Credit Union**<br>**POB 598**<br>**Hamilton MT 59840-0598** | | C | **11/25/2005**<br>**Security Agreement**<br>**2005 Polairs 900 151 Snowmobile**<br>―――――――――<br>**VALUE $6,900.00** | | | | 4,335.59 | 0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| **Subtotal** ➢<br>(Total of this page) | $11,589.63 |
| **Total** ➢<br>(Use only on last page) | $85,971.27 |

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re  __Kenneth Dennis Armstrong    Brenda Kim Armstrong_____          Case No. _____
                              Debtors                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        1   Continuation sheets attached

Form B6E -Cont.
(10/05)

In re    **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    Case No. _____
                                Debtors                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims | Subtotal ➢ (Total of this page) | | $0.00 | $0.00 |
| | **Total** ➢ **(Use only on last page of the completed Schedule E.)** | | $0.00 | $0.00 |
| | (Report total also on Summary of Schedules) | | | |

Form B6F (10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    Case No. _____
_____
Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **0526** <br><br> **Bank of America** <br> **POB 60069** <br> **City of Industry CA 91716-0069** | | | **10/01/1998** <br><br> **general merchandise, medical** | | | | **18,773.11** |
| ACCOUNT NO. <br><br> **Bill Allen** <br> **POB 1227** <br> **Salmon ID 83467** <br><br><br> **Jordan Smith Esq** <br> **807 Main Street** <br> **Salmon ID 83467** | **C** | | **02/02/2004** <br><br> **promissory note** | | | | **25,000.00** |
| ACCOUNT NO.    **0099** <br><br> **Capital One** <br> **POB 790217** <br> **St Louis MO 63179** <br><br> **Capital One** <br> **POB 30285** <br> **SLC UT 84130-0285** | **C** | | **01/01/2003** <br><br> **co-obligation with SR Valley Construction Inc.** | | | | **6,278.61** |
| ACCOUNT NO.    **0743** <br><br> **Chase** <br> **Cardmember Service** <br> **POB 9001074** <br> **Louisville KY 40290-1074** | **C** | | **03/01/2002** <br><br> **medical, general merchandise** | | | | **14,539.86** |

_4_  Continuation sheets attached

Subtotal ➤

Total ➤

**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

| **$64,591.58** |
|---|
|  |

Form B6F - Cont.
(10/05)

In re   **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                     Case No. _____
_____                                         (If known)
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4124**<br><br>**Citibank**<br>**POB 6000**<br>**The Lakes NV 89163** | | C | **03/01/2003**<br><br>**medical and general merchandise** | | | | **6,093.18** |
| ACCOUNT NO.<br><br>**EIRMC**<br>**POB 2077**<br>**Idaho Falls ID 83403-2077**<br><br><br>**Eastern Idaho Health Service**<br>**POB 409834**<br>**Atlanta GA 30384-9834** | | C | **01/23/2006**<br><br>**heart surgery** | | | | **2,292.15** |
| ACCOUNT NO.   **2403**<br><br>**E-Trade Financial**<br>**POB 5721**<br>**Hicksville NY 11802-5721**<br><br><br>**E-Trade Financial**<br>**POB 9206**<br>**Old Bethpage NY 11804** | | C | **04/01/2002**<br><br>**medical,  general merchandise.** | | | | **14,729.92** |
| ACCOUNT NO.   **7441**<br><br>**First National Bank of Omaha**<br>**POB 2951**<br>**Omaha NE 68103-2951**<br><br><br>**First National Bank of Omaha**<br>**POB 2490**<br>**Omaha NE 68172** | | C | **09/01/1992**<br><br>**medical, general merchandise** | | | | **10,027.37** |

Sheet no. _1_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➤
(Total of this page)

$33,142.62

Total    ➤
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    Case No. _____
                                    Debtors                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**James Sessions<br>9 Twin Sister Circle<br>Salmon ID 83467** | | | **Named for notification purposes only** | X | X | X | **0.00** |
| ACCOUNT NO.<br><br>**Richard Jordon<br>7187 Happy Valley Rd.<br>Kuna ID 83634** | | | **Named for notification purposes only** | X | X | X | **0.00** |
| ACCOUNT NO.  **7078**<br><br>**Sears Card<br>POB 6564<br>The Lakes NV 88901** | | **C** | **02/01/1977**<br><br>**medical, general merchandise** | | | | **9,757.51** |
| ACCOUNT NO.  **9392**<br><br>**US Bank<br>POB 790408<br>St Louis MO 63179**<br><br><br>**US Bank<br>Customer Service<br>POB 6352<br>Fargo ND 58125-6352** | | **C** | **06/01/1991**<br><br>**medical and general merchandise** | | | | **11,980.08** |

Sheet no. _2_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$21,737.59** |
| **Total** ➤<br>**(Use only on last page of the completed Schedule F.)**<br>(Report also on Summary of Schedules) | |

Form B6F - Cont.
(10/05)

In re __Kenneth Dennis Armstrong__  __Brenda Kim Armstrong__          Case No. _____
                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5245/3018** | | **C** | **09/01/2003** | | | | **47,295.53** |
| **Wells Fargo** **RMO Loan Accounting** **POB 7487** **Boise ID 83707** **Wells Fargo Bank** **POB 29746** **MAC#S4018-015** **Phoenix AZ 85038** **James Sessions** **9 Twin Sister Circle** **Salmon ID 83467** **Richard Jordan** **7187 Happy Valley Rd.** **Kuna ID 83634** **SR Valley Construction Inc** **4 W Bannock Rd** **Salmon ID 83467** | | | **obligation with SR Valley Construction Inc., with possible guarantee** | | | | |
| ACCOUNT NO.  **0219** | | **C** | **06/01/1996** | | | | **3,037.89** |
| **Wells Fargo Bank** **POB 10438** **Des Moines IA 50306** **Wells Fargo Bank NA** **c/o Customer Management** **POB 4233** **Portland OR 97208** **Wells Fargo Bank NA** **POB 54780** **Los Angeles CA 90054-0780** | | | **overdraft protection** | | | | |

Sheet no. _3_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

| | $50,333.42 |
|---|---|

Total ➤

**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    Case No. _____

Debtors                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2776** | | **C** | **10/01/1977** | | | | **10,408.97** |
| **Wells Fargo Card Services POB 30086 Los Angeles CA 90030** **Wells Fargo Card Services POB 522 Des Moines IA 50302-0522** | | | **medical and general merchadise** | | | | |

Sheet no.  4  of  4  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     **$10,408.97**

(Total of this page)

Total ➤     **$180,214.18**

**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/05)

In re: **Kenneth Dennis Armstrong    Brenda Kim Armstrong** ,          Case No. _____
                                    Debtors                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                    Case No. _____
                                  Debtors                                                                                (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(10/05)

**In re** **Kenneth Dennis Armstrong Brenda Kim Armstrong**      **Case No.** _____

Debtors                                                     (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction worker** | **Deputy Clerk** |
| Name of Employer | **PAC Partners Inc.** | **Lemhi County** |
| How long employed | | **Approx 8 yrs.** |
| Address of Employer | **106 Lombard St Salmon ID 83467** | **206 Courthouse Dr Salmon ID 83467** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,493.31 | $ | 3,027.29 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,493.31 | $ | 3,027.29 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 519.78 | $ | 710.04 |
| b. Insurance | $ | 0.00 | $ | 409.52 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) **Persi** | $ | 0.00 | $ | 188.61 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 519.78 | $ | 1,308.17 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,973.53 | $ | 1,719.12 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) **Rat Dog Research (research county docs)** | $ | 0.00 | $ | 120.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 120.00 |
| 15. TOTAL MONTHLY INCOME (add amounts shown on lines 6 and 14) | $ | 1,973.53 | $ | 1,839.12 |
| 16. TOTAL COMBINED MONTHLY INCOME | **$ 3,812.65** | | | (Report also on Summary of Schedules) |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

_____

_____

Form B6J
(10/05)

In re  __Kenneth Dennis Armstrong Brenda Kim Armstrong__,    Case No. _____
                              **Debtors**                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of
      expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 650.00 |
|    a. Are real estate taxes included?  Yes ✓  No | | |
|    b. Is property insurance included?  Yes ✓  No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 150.00 |
|    b. Water and sewer | $ | 40.00 |
|    c. Telephone | $ | 75.00 |
|    d. Other **cable** | $ | 58.50 |
|    **garbage** | $ | 11.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| 10. Charitable contributions | $ | 18.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 125.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 138.50 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Wife's Self employment tax** | $ | 28.60 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 430.00 |
|    b. Other  **2003 Ford F-350 Diesel** | $ | 630.00 |
|    **2004 Wilderness 5th Wheel Trailer** | $ | 261.00 |
| 14. Alimony, maintenance or support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Haircuts & Perms** | $ | 20.00 |
|    **Personal Hygiene products** | $ | 20.00 |
|    **Vehicle Licenses** | $ | 8.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,673.60 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Total monthly income from Line 16 of Schedule I | $ | 3,812.65 |
|    b. Total monthly expenses from Line 18 above | $ | 3,673.60 |
|    c. Monthly net income (a. minus b.) | $ | 139.05 |

Form 6- Summ

## United States Bankruptcy Court

### District of Idaho

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**          ,          Case No. _____

Debtors

Chapter   **13** _____

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 17 | $ 134.212.19 | | |
| C - Property Claimed as Exempt | YES | 6 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 85.971.27 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 180.214.18 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3.812.65 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 3.673.60 |
| **Total** | | | $ 134,212.19 | $ 266,185.45 | |

Official Form 6 - Decl.
(10/05)

In re  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**                                    Case No. _____
                                                                                                                                                          **(If known)**
                                                        **Debtors**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**39**_____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                                                                                      (Total shown on summary page plus 1.)

Date:  **5/30/2006**                                         Signature:  **s/ Kenneth Dennis Armstrong**
                                                                                              **Kenneth Dennis Armstrong**

Date:  **5/30/2006**                                         Signature:  **s/ Brenda Kim Armstrong**
                                                                                              **Brenda Kim Armstrong**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(10/05)

## UNITED STATES BANKRUPTCY COURT
### District of Idaho

In re:  **Kenneth Dennis Armstrong    Brenda Kim Armstrong**_____,      Case No. _____

Debtors                                                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **1,458.00** | **Debtor's business income** | **2004** |
| **27,041.00** | **Spouse's Wages** | **2004** |
| **4,571.48** | **Debtor's income** | **2004** |
| **28,645.00** | **Debtor's income** | **2005** |
| **1,856.00** | **Debtor's income from Armstrong Construction** | **2005** |
| **28,645.00** | **Spouse's Wages** | **2005** |
| **1,911.00** | **Spouse's income from Document Search** | **2005** |
| **13,972.02** | **Spouse's Wages** | **2006** |

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **4,377.42** | **Debtor's Central States Indemnity** | **2004** |
| **8,320.00** | **Debtor's unemployment** | **2004** |
| **8,431.00** | **Debtor's Central States Indemnity** | **2005** |
| **8,930.00** | **Debtor's income from PAC Partners, a partnership** | **2005** |
| **3,250.00** | **Debtor's unemployment** | **2005** |

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

Form 7-Cont.
(10/05)

None
☐

   a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **EICU**<br>**111 Lillian St**<br>**Salmon ID 83467** | **monthly truck payment** | **1,890.00** | **21,503.72** |

None
☑

   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☐

   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Andy Armstrong**<br>**3529 S Upper Fork Way**<br>**Boise ID 83709**<br>   **son** | **1/2005 and 12/2005**<br>**for wages** | **2,691.00** | **0.00** |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

   a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bill Allen v Ken and Brenda Armstrong**<br>   **CV 0697** | **for moneis owed** | **District Court**<br>**Seventh Judicial District**<br>**Lemhi County** | **Complaint** |

   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7-Cont.
(10/05)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Andy Armstrong** **3529 S Upper Fork Way** **Boise ID 83709** | **son** | **12/25/2005** | **Black powder gun, valued at $389.00.** |

Form 7-Cont.
(10/05)

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding
the commencement of this case **or since the commencement of this case**.  (Married debtors filing
under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons,
including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law
or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wm H Mulberry**<br>**POB 186**<br>**Ririe ID 83443** | **2/10/2006** | **$2,900.00 includes attorney fee, filing**<br>**fee and costs.** |

## 10.  Other transfers

None
☐

a.   List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **two years**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Andrew  R. Armstrong**<br>**Boise Idaho**<br>     **Son** | **04/21/2006** | **1/21 interest in Ramshorn**<br>**Limited Partnership.**<br>**Sale Price; $16,000.00**<br>**Encumberance: $12,000.00**<br>**Net to Debtor $4,000.00** |
| **David & Virginia Self**<br>**43365 Siera Drive**<br>**3 Rivers Hideaway**<br>**Three Rivers CA 93271** | **09/08/2005** | **Residential dwelling**<br>**$ 267,500.00 less liens.**<br>**Net to Debtors $104,195.09** |

Form 7-Cont.
(10/05)

None
☑

     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Wells Fargo Bank 116 N Andrews St Salmon ID 83467** | **Ken, Brenda and Andy Armstrong** | **Birth Certificate, Social Security Cards, Child's identity papers and old deeds** | **03/23/2006** |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

Form 7-Cont.
(10/05)

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | | LOCATION OF PROPERTY |
|---|---|---|---|
| **SR Valley Construction, Inc.** | **Lazer** | **900.00** | **Debtor's residence.** |
| **4 W. Bannock Rd.** | **Tool box** | **150.00** | |
| **Salmon ID 83467** | **Concrete Screed** | **600.00** | |
| | **Steel form stakes** | **200.00** | |
| | **Battery Charger** | **20.00** | |
| | **Compressor** | **100.00** | |
| | **Thermometer** | **25.00** | |
| | **Fresno** | **00.00** | |
| | **Drills** | **60.00** | |
| | **u-tier** | **900.00** | |
| | **Impact wrench** | **25.00** | |
| | **Cylinder cart** | **20.00** | |
| | **Belt Sander** | **40.00** | |
| | **Total Value** | **2,440.00** | |

## 15. Prior address of debtor

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4 W Bannock Rd** | **Ken & Brenda Armstrong** | **1986 to 9/2005** |
| **Salmon ID 83467** | | |

## 16.  Spouses and Former Spouses

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Brenda Armstrong (current spouse)**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.　List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Form 7-Cont.
(10/05)

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Armstrong Construction** | **82-0487150** | **4 W Bannock Rd. Salmon ID 83467** | **Construction** | **04/05/2004** **04/08/2005** |
| **PAC Partners** | **20-2509745** | **106 Lombard St Salmon ID 83467** | **Construction** | **04/08/2005** **04/24/2006** |
| **PAC Partners, Inc.** | | **106 Lombard Salmon ID 83467** | **Construction** | **04/28/2006** |
| **SR Valley Const. Inc.** | **84-1374189** | **4 W Bannock Rd Salmon ID 83467** | **Construction** | **01/13/1997** |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None
☐

Form 7-Cont.
(10/05)

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brenda Armstrong**<br>**106 Lombard St**<br>**Salmon ID 83467** | **1997 to date** |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑

| NAME | ADDRESS |
|---|---|

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20.  Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

Form 7-Cont.
(10/05)

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                     ADDRESS                                     DATE OF WITHDRAWAL

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

NAME AND ADDRESS                    TITLE                        DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                          AMOUNT OF MONEY
OF RECIPIENT,                              DATE AND PURPOSE           OR DESCRIPTION
RELATIONSHIP TO DEBTOR                     OF WITHDRAWAL              AND VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                     TAXPAYER IDENTIFICATION NUMBER

* * * * * *

Form 7-Cont.
(10/05)

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/30/2006**

Signature
of Debtor    **s/ Kenneth Dennis Armstrong**

**Kenneth Dennis Armstrong**

Date  **5/30/2006**

Signature
of Joint
Debtor    **s/ Brenda Kim Armstrong**

**Brenda Kim Armstrong**

**B 201** (10/05)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation  ($220 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $274)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($150 filing fee, $39 administrative fee: Total fee $189)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

B 201                                                                                                    Page 2

     Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

     A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

     I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Wm H. Mulberry**_____ | **/s/ Wm H. Mulberry**    **5/30/2006** |
| Printed Name of Attorney | Signature of Attorney    Date |

Address:

   **Wm H Mulberry**
   **320 W. Ririe Hwy**
   **PO Box 186**
   **Ririe, ID  83443**

**Certificate of the Debtor**

    We, the debtors, affirm that we have received and read this notice.

| | |
|---|---|
| **Kenneth Dennis Armstrong**_____ | X**s/ Kenneth Dennis Armstrong**   **5/30/2006** |
| **Brenda Kim Armstrong**_____ | **Kenneth Dennis Armstrong** |
| Printed Name(s) of Debtor(s) | Signature of Debtor   Date |
| Case No. (if known)_____ | X**s/ Brenda Kim Armstrong**   **5/30/2006** |
| | **Brenda Kim Armstrong** |
| | Signature of Joint Debtor   Date |